# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY WILLIAM CORTINAS,<br>Plaintiff,<br>v.<br>MEDEL, *et al.*,<br>Defendants. | Case No. 1:26-cv-06667-BAM (PC)<br>ORDER TO SUBMIT APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY FILING FEE WITHIN 30 DAYS<br>**THIRTY (30) DAY DEADLINE** |

Plaintiff Larry William Cortinas ("Plaintiff") is a county jail inmate proceeding *pro se* in this civil rights action under 42 U.S.C. § 1983. Plaintiff initiated this action on August 21, 2026. (ECF No. 1.) Plaintiff has not paid the $405.00 filing fee or submitted an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

Accordingly, IT IS HEREBY ORDERED that:

Within **thirty (30) days** of the date of service of this order, Plaintiff shall submit the attached application to proceed *in forma pauperis*, completed and signed, with a certified copy of his inmate trust account statement, or in the alternative, pay the $405.00 filing fee for this action. **No requests for extension will be granted without a showing of good cause. Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated: **August 25, 2026**

/s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE